**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARUJAN KALOUSTIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FARMAR LAW GROUP, PC<br><br>    Defendant. | Case No. 8:21-cv-02082-JLS-JDE<br><br>**JUDGMENT** |

Having granted Plaintiff Varujan Kaloustian's ("Plaintiff") Motion for Default Judgment against Defendant FarMar Law Group, PC ("Defendant") (Doc. 20) on November 1, 2022, and for the reasons stated in the Court's now final ruling (Doc. 21), IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that:

1. Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.* ("FDCPA"), and California's Rosenthal Fair Debt Collection Practices Act, California Civil Code §§ 1788, et seq. ("Rosenthal Act") in its various communications with Plaintiff.
2. Final judgment is entered in Plaintiff's favor for his claims arising from Defendant's violations of the FDCPA and the Rosenthal Act.
3. Plaintiff is awarded $2,000.00 in statutory damages under the FDCPA and Rosenthal Act.
4. Plaintiff is not awarded actual damages.
5. Plaintiff is awarded $9,700.00 in attorneys' fees.
6. Plaintiff is awarded $579.00 in costs. Plaintiff shall submit a "Bill of Costs" and an "Application to the Clerk to Tax Costs."

**IT IS SO ORDERED.**

DATED: November 15, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE